| | |
|---|---|
| **U.S. Magistrate Judge:** Leslie A. Bowman | **Date:** June 9, 2017 |
| **USA v. Gary Kent Smith** | **Case Number:** CR-17-00898-001-TUC-RCC (LAB) |

**Assistant U.S. Attorney:** Karen Elizabeth Rolley
**Attorney for Defendant:** Gregory Jon Berger, AFPD
**Interpreter:** N/A
**Defendant:** ☒Present ☐ Not Present ☐ Released ☒Custody ☐ Summons ☐ Writ

**DETENTION HEARING REGARDING DANGEROUSNESS HELD.**

Government's witnesses Corporal Bernie Light, Deputy Marshall D. Loshse, and FBI Special Agent Harrison Putman sworn, and the rule is invoked.

Government presents opening argument to the Court.

Deputy Marshall D. Loshse examined. Government's Exhibits 3, 4 and 5 admitted without objection. D. Loshse cross-examined.

Corporal Bernie Light examined. Government's Exhibits 10,11,12,13,14,15 and 16 admitted without objection. B. Light cross-examined.

FBI Special Agent Harrison Putman examined and cross-examined.

Counsel present closing arguments to the Court.

The Court FINDS Defendant is a danger to the community and is ORDERED detained pending trial.

Preliminary Hearing set this date is vacated, as Defendant has been indicted.

Arraignment is currently set on 6/23/2017 at 11:00 AM before Judge Markovich.

THEREAFTER, all Government's exhibits are returned at the conclusion of the hearing.

| | |
|---|---|
| | **DH    2 hrs, 5 mins** |
| **Recorded By** Courtsmart | **Start: 1:39 PM** |
| **Deputy Clerk** Cheryl Bothwick | **Stop:   3:44 PM** |